No. 63383.—D. Aboudi & Co. *v.* United States, protest 58/24232 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C.D. 1904), the claim of the plaintiff was sustained.

No. 63384.—The American Import Co. *v.* United States, protest 230384–K (San Francisco).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of steel split rings similar in all material respects to those the subject of *The American Import Co.* v. *United States* (39 Cust. Ct. 9, C.D. 1894), the claim of the plaintiff was sustained.

No. 63385.—Curley-Bates Company *v.* United States, protest 284664–K (San Francisco).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of tennis-racket frames similar in all material respects to those the subject of *United States* v. *Curley-Bates Co.* (46 C.C.P.A. 14, C.A.D. 688), the claim of the plaintiff was sustained.

No. 63386.—Border Brokerage Co. *v.* United States, protest 59/8994 (Seattle).

Opinion by MOLLISON, J.   The protest was dismissed.